United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **BARROW SHAVER RESOURCES COMPANY, LLC,** | § § § | Case No. 24-33353 |
| *Debtor*. | § § § | |
| | § | |
| **0078HT LLC**, a Delaware limited liability company; **BRIARWOOD GROUP, LTD.**, a Texas limited partnership; **DEEP POOL HOLDINGS, LLC**, a Texas limited liability company; **HL AMERICAN OIL & GAS LLC**, a foreign limited liability company; **W.R. HUGHEY, II**, an individual; **RB OIL, LLC**, a Texas limited liability company; **ROOSTH 819, LTD.**, a Texas limited partnership; **SONE ROYALTY PROPERTIES, LLC** a.k.a. S. One Royalty Properties, LLC, a Texas limited liability company; **TODD & HONEY POLING, JV**, a joint venture; **WAYNE T. CUNNINGHAM**, an individual; and **KATHLEEN V. CUNNINGHAM**, and individual, | § § § § § § § § § § § § § § § § § § | Adversary No. 25-03618 |
| *Plaintiffs*, | § § | |
| v. | § § | |
| **BARROW SHAVER RESOURCES COMPANY, LLC,** | § § § | |
| *Defendant*. | | |

**STIPULATION AND AGREED ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEBTOR'S MOTION TO DISMISS**

Plaintiffs 0078HT LLC, Briarwood Group, Ltd., Deep Pool Holdings, LLC, HL American Oil & Gas LLC, W.R. Hughey, II, RB Oil, LLC, Roosth 819, Ltd., Sone Royalty Properties, LLC a.k.a. S. One Royalty Properties, LLC, Todd & Honey Poling, JV, Wayne T. Cunningham, and Kathleen V. Cunningham, (collectively, the "**Ad-Hoc Group**") and Barrow Shaver Resources Company, LLC (the "**Debtor**" together with the Ad-Hoc Group the "**Parties**") file this *Stipulation and Agreed Order Extending Time for Plaintiffs to Respond to Debtor's Motion to Dismiss* ("**Stipulation and Agreed Order**"). The Parties hereby stipulate and agree as follows and the Court hereby finds and orders as follows:

WHEREAS, Debtor filed a Rule 12(B)(6) Motion to Dismiss on or about October 22, 2025 (the "**Motion**");

WHEREAS, the Debtor's response date to the Motion is extended from November 12, 2025 to November 26, 2025;

WHEREAS, this stipulation or extension does not constitute a waiver of any claim, right, or defense;

Accordingly, having considered the above-stated recitals, it is hereby:

ORDERED that the Stipulation is APPROVED, and Plaintiffs are authorized to respond to the Motion by November 26, 2025.

Signed: November 12, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

Dated: November 11, 2025

Respectfully submitted,

**JONES WALKER LLP**

*/s/ Sean T. Wilson* (signed with permission)
Joseph E. Bain (TX Bar No. 24085187)
Mark A. Mintz (TX Bar No. 24124555)
Sean Thomas Wilson (TX Bar No. 24077962)
Olivia K. Greenberg (TX Bar No. 24127683)
Elizabeth De Leon (TX Bar No. 24127215)
811 Main Ste 2900
Houston, Texas 77002
713-437-1800
Fax: 713-437-1810
Email: jbain@joneswalker.com
swilson@joneswalker.com
ogreenberg@joneswalker.com
edeleon@joneswalker.com

*Attorneys for Defendant Barrow Shaver Resources Company LLC*

/s/ Jarrod B. Martin
Jarrod B. Martin
Texas Bar No. 24070221
jbmartin@bradley.com
Raneen Abdelghani
Texas Bar No. 24140759
rabdelghani@bradley.com

**Bradley Arant Boult Cummings LLP**
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. (713) 576-0388

-AND-

Robert C. Vartabedian
Texas Bar No. 24053534
rob.vartabedian@vhh.law
Jeff P. Prostok
Texas Bar No. 16352500
jeff.prostok@vhh.law
Michael D. Thompson
Texas Bar No. 24127422
michael.thompson@vhh.law
Jackson C. Field
Texas Bar No. 24132800
jackson.field@vhh.law
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel. (817) 214-4990
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on November 11, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties required to receive service pursuant to the Bankruptcy Rules.

                                                    */s/Robert C. Vartabedian*
                                                    Robert C. Vartabedian